## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

January 26, 2010

Stefani C. Schwartz, Esq.
Schwartz, Simon, Edelstein, etc.
44 Whippany Road, Suite 210
P.O. Box 2355
Morristown, New Jersey 07932

Angelo Bianchi, Esq.
Bianchi & Bianchi, LLC
80 Orchard Street
Bloomfield, New Jersey 07003

### ORDER TO SHOW CAUSE

RE:   **Darren M. Nance v. City of Newark, et al.**
      **Civil Action No. 97-6184 (DMC)**

Dear Counsel:

You are directed to show cause before me on **Tuesday, February 23, 2010 at 12:30 p.m.** why monetary/reprimand sanctions should not be imposed for failing to compensate the Mediator, Ms. Sheryl Mintz Goski, pursuant to the Court's program.  See  Local Rule 301.1.

You shall file any written submissions with the court by February 15, 2010.

**SO ORDERED.**

s/Madeline Cox Arleo
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

cc:   Hon. Dennis M. Cavanaugh, U.S.D.J.
      Hon. Claire C. Cecchi, U.S.M.J.

Sheryl Mintz Goski, Esq.
File

Sheryl Mintz Goski, Esq.
Herald & Haines, PA
25 Independence Boulevard
Warren, NJ 07059-6747