```
              UNITED STATES DISTRICT COURT
                 DISTRICT of NEW JERSEY


                              Cv. 97cv6184(DMC)

                              Jury Communication #1
NANCE
     -v-
CITY of NEWARK
```

We would like 5 more copies of the Verdict Sheet.

DATE: 6/23/10       TIME: 10:40 am

FOREPERSON:

UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

Cv. 97cv6184(DMC)

Jury Communication # 2

NANCE
   -v-
CITY of NEWARK

We need clarification of the statement #1 section a

"matters of public concern by complaining to his superiors about disparate treatment afforded to minorities"

DATE: 6/23/10   TIME: 12:45pm

FOREPERSON: [signature]

UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

Cv. 97cv6184(DMC)

Jury Communication # 3

NANCE
   -v-
CITY of NEWARK

Can we have the easel?

DATE: 6/23/10     TIME: 2:30pm

FOREPERSON:

UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

Cv. 97cv6184(DMC)

Jury Communication # 4

NANCE
   -v-
CITY of NEWARK

We would like to leave @ 4pm

DATE: 6/23/10     TIME: 3:50 pm

FOREPERSON: _____

UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

Cv. 97cv6184(DMC)

Jury Communication # 5

NANCE
   -v-
CITY of NEWARK

We don't have the letter to the Essex County Prosecutor's Office. We would like to review that.

DATE: 6/23/10    TIME: 3:50pm

FOREPERSON: (