NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DARREN M. NANCE, | : | |
| Plaintiff, | : | **Hon. Dennis M. Cavanaugh** |
| v. | : | |
| | : | **ORDER** |
| CITY OF NEWARK, | : | |
| | : | Civil Action No. 97-cv-6184 (DMC) |
| Defendant. | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

      This matter comes before the Court upon motions for Judgments as a Matter of Law pursuant to FED. R. CIV. P. 50; this Court, having reviewed all submissions, and for the reasons stated in its Opinion issued on this day;

      IT IS on this ___25 th___ day of June, 2010;

      **ORDERED** that Defendant's motion for Judgment as a Matter of Law is **denied;** and it is further,

      **ORDERED** that Plaintiff's motion for Judgment as a Matter of Law is **denied**.

                                     S/ Dennis M. Cavanaugh
                                     Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:          All Counsel of Record
             The Honorable Claire C. Cecchi, U.S.M.J.
             File