**SAMUEL J. HALPERN**
ATTORNEY AT LAW
347 MT. PLEASANT AVENUE
WEST ORANGE, NEW JERSEY 07052
(973) 669-9660
FAX (973) 669-8960
EMAIL: SJHALP@AOL.COM

November 7, 2016

<u>VIA ELECTRONIC FILING</u>
William T. Walsh
Clerk of the U.S. District Court
 for the District of New Jersey
M.L. King, Jr. Federal Bldg. &
 United States Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: **NANCE vs. CITY OF NEWARK ET. ALS.**
       **CIVIL ACTION NO. 97-6184 (JLL)**

Dear Mr. Walsh:

  I enclose for filing the following documents:

  (1) Order to Show Cause;
  (2) Proposed form of Order;
  (3) Motion for Judgment;
  (4) Proposed Order for Judgment;
  (5) Certification in Support of Order to Show Cause and Request for Judgment;
  (6) Affidavit in Support of Order to Show Cause and Request for Judgment;
  (7) Brief in Support of Order to Show Cause and Request for Judgment.

  Thank you for your attention to this matter. I am

              Very truly yours,

              SAMUEL J. HALPERN

SJH
c: Hardin, Kundla, McKeon & Poletto, P.C. (via electronic service)
Hon. Jose L. Linares, U.S.D.J. (courtesy hard copy)
 Mr. Darren Nance